```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                  FORT PIERCE DIVISION
              CASE NO. 05-14015-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

KENNETH J. DEVEAUX,

        Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE**

**THIS CAUSE** came before the Court upon the Superseding Petition for Violation of Supervised Release filed on August 17, 2011.

Magistrate Judge Frank J. Lynch, held a Evidentiary Hearing was held on August 1, 2014 and a Report and Recommendation was filed on August 1, 2014 recommending that Defendant's term of supervised release be revoked. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of August, 2014.

                               _/s/ Donald L. Graham_
                               DONALD L. GRAHAM
                               UNITED STATES DISTRICT JUDGE

Copied: Panayotta Augstin-Birch, AFPD
        Theodore Cooperstein, AUSA
        David Farinacci, USPO