UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-14015-CR-GRAHAM/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH JAMAL DEVEAUX,

    Defendant.

_____/

FILED by _____ D.C.

AUG 2 8 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

### REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSION TO VIOLATION NUMBERS 1, 2, 6, 7 AND 8 AS SET FORTH IN THE SUPERSEDING PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come before the Court for a probable cause and detention hearing on August 24, 2017, in respect to the pending Superseding Petition for Offender under Supervision, alleging violations of supervised release [D.E. 78] (the "Superseding Petition"), and this Court having convened a hearing, recommends to the District Court as follows:

    1. Defendant appeared before this Court on August 24, 2017 for a probable cause and detention hearing with respect to the Superseding Petition, which alleges the following violations of supervised release:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about December 10, 2016, in Highlands County, Florida, the defendant committed the offense of resisting/obstructing officer without violence, contrary to Florida Statute 843.02. On May 17, 2017, the defendant was adjudicated guilty in case number 282017MM000040, and was sentenced to 60 days county jail, and a 6 month term of probation, jail time was suspended upon successful completion on probation. |
| **Violation Number 2** | **Violation of Standard Condition**, by failing to submit a truthful and complete written monthly report within the |

first five days of each month. The defendant has failed to submit a written monthly report for the months of February, March, April, and May 2017.

**Violation Number 3**  **Violation of Standard Condition**, by failing to submit a truthful and complete written monthly report. The defendant's January 2017, Monthly Supervision Report, contained false information regarding his residence, when in fact, evidence and statements indicate the defendant was untruthful about his residence.

**Violation Number 4**  **Violation of Standard Condition,** by failing to follow the instructions of the probation officer. On December 15, 2016, January 30, 2017, and March 13, 2017, the defendant was instructed to provide proof of self-employment by providing all required documentation. The defendant has failed to provide any documents as instructed.

**Violation Number 5**  **Violation of Standard Condition,** by failing to work regularly at a lawful occupation. On or about August 1, 2016, the defendant was laid off from Beef O' Brady's, 110 Plaza Ave, Lake Placid, Florida, and to date, has failed to obtain full-time acceptable employment.

**Violation Number 6**  **Violation of Standard Condition,** by failing to notify the probation office of any change in residence. On or about December 21, 2016, the defendant moved from his approved residence of 302 Lake Rachard Drive, Lake Placid, Florida, and his whereabouts are unknown.

**Violation Number 7**  **Violation of Special Condition,** by failing to provide documentation including, but not limited to, pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and other documentation requested by the U.S. Probation Officer. To this date, the defendant has failed to provide documentation as instructed by the U.S. Probation Officer on December 15, 2017, January 1, 2017, and March 13, 2017.

**Violation Number 8**  **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about June 16, 2017, in Highlands County, Florida, the defendant committed the offense of resisting/obstructing officer without violence, contrary to Florida Statute 843.02.

2. After consultation with his attorney, Defendant announced to this Court that he wished to admit Violation Numbers 1, 2, 6, 7, and 8 as set forth in the Superseding Petition. The government announced that it agreed to seek dismissal of Violation Numbers 3, 4, and 5 of the Superseding Petition at sentencing. This Court questioned Defendant on the record and made certain that he understood his rights in regards to an evidentiary hearing with respect to the alleged violations. Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3. Counsel for the parties agreed that the Court could take judicial notice of the facts set forth in the Superseding Petition dated June 28, 2017 and Memorandum dated June 21, 2017 from United States Probation Officer Amanda Maghan. Therefore, the Court takes judicial notice of the facts set forth in the Superseding Petition and Memorandum, and finds that they set forth a sufficient basis to support the Defendant's admission to Violation Numbers 1, 2, 6, 7, and 8.

4. The possible maximum penalties faced by Defendant were read into the record by the government, and Defendant stated that he understood those penalties.

**ACCORDINGLY**, based upon Defendant's admission to Violation Numbers 1, 2, 6, 7, and 8 of the Superseding Petition under oath, this Court recommends to the District Court that Defendant be found to have violated his supervised release in respect to Violation Numbers 1, 2, 6, 7, and 8 and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 28th day of August, 2017.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
AUSA Carmen Lineberger
AFPD Panayotta Augustin-Birch
U.S. Probation (USPO Amanda Maghan)